**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

**ROBERTO HERNANDEZ, ET AL.** — **CASE NO. 6:24-CV-00912**

**VERSUS** — **JUDGE ROBERT R. SUMMERHAYS**

**SWIFTSHIPS LLC, ET AL.** — **MAGISTRATE JUDGE DAVID J. AYO**

# ORDER

Presently before the Court are the Motion for Summary Judgment on Liability [ECF No. 50] and Motion for Partial Summary Judgment on Loss of Consortium Claims [ECF No. 51] filed by Defendant Ocean Services, LLC. For the reasons stated in the Ruling filed contemporaneously herewith,

IT IS ORDERED THAT Defendant Ocean Services, LLC's Motion for Summary Judgment on Liability [ECF No. 50] and Motion for Partial Summary Judgment on Loss of Consortium Claims [ECF No. 51] are DENIED.

THUS DONE in Chambers on this 12th day of November, 2026.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE